SALVÁ ET AL. *v.* SUCESIÓN BORRÁS.

Apelación procedente de la Corte de Distrito de

Humacao.

No. 15.   Resuelto en Marzo 21, 1905.

APELACIÓN.—NOMBRAMIENTO DE UN SÍNDICO.—Una resolución de la Corte de Distrito disponiendo el nombramiento de un Síndico que administre los bienes objeto de determinado procedimiento judicial, no es una resolución apelable con arreglo al art. 295 del Código de Enjuiciamiento Civil.

EXPOSICIÓN DEL CASO.

En el juicio voluntario de testamentaria de Gerónima Ginart y Andreu, promovido ante la Corte de Distrito del Distrito Judicial de Humacao, por Don Juan Salvá y Ginart, dicha Corte dictó auto con fecha 15 de Agosto de 1904, nombrando un síndico para que, durante la tramitación de dicho juicio, posea y administre los bienes de la testamentaria, bajo la autoridad y dirección de la Corte, y reciba las rentas y productos y los conserve á la disposición de dicha Corte; ese auto fué apelado para ante el Tribunal Supremo por la representación de la Suce-

sión de Doña Catalina Borrás y Ginart, y ante dicho Tribunal presentó una moción la representación de Don Juan Salvá solicitando la desestimación de la apelación, entre otros fundamentos, por no ser apelable la resolución recurrida.

Abogado del promovente: *Sr. Guzmán Benítez* (Don José.)

Abogado de la parte opositora: *Sr. López Landrón.*

### RESOLUCIÓN DEL TRIBUNAL.

Visto el artículo 295 del Código de Enjuiciamiento Civil en el que taxativamente se enumeran las resoluciones de las Cortes de Distrito que pueden ser objeto de apelación para ante el Tribunal Supremo, y no encontrándose comprendida entre esas resoluciones la dictada por la Corte de Distrito del Distrito Judicial de Humacao, en 15 de Agosto del año último, se declara con lugar la moción, y en su consecuencia se desestima la apelación interpuesta por el abogado Don Rafael López Landrón en representación de la Sucesión de Doña Catalina Borrás y Ginart, contra la mencionada resolución, imponiéndose las costas al apelante; y comuníquese á la Corte de Distrito de Humacao, á los efectos procedentes.

Jueces concurrentes: Señores Presidente Quiñones y Asociados Hernández, Figueras, MacLeary y Wolf.